ORIGINAL

$150 FEE PAID
# 118527(6
___ FEE NOT PAID
(SEND LETTER)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| Peter Mongroo, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>Advica Health Resources, Inc. and )<br>Quovadx, Inc., )<br>)<br>        Defendants. )<br>_____ ) | CASE NO. LO 2 CV 869 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Alan I. Baron, am a member in good standing of the bar of this Court. My bar number is 00837. I am moving the admission of R. Stephen Hall of Dorsey & Whitney LLP to appear *pro hac vice* in this case as counsel for Advica Health Resources, Inc. and Quovadx, Inc.

We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| The Court of Appeals for the 10th Circuit | 1998 |
| The United States District Court for the District of Colorado | 1998 |
| The State of Colorado | 1998 |

2.   During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of the Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| Alan I. Baron | R. Stephen Hall |
| Dorsey & Whitney LLP | Dorsey & Whitney LLP |
| Suite 300 South | Republic Plaza Building |
| 1001 Pennsylvania Avenue | Suite 4700 |
| Washington, D.C. 20004 | 370 Seventeenth Street |
| Telephone: (202) 824-8800 | Denver, CO 80202 |
| Facsimile: (202) 824-8990 | Telephone: (303) 629-3400 |
|  | Facsimile: (303) 629-3450 |

Prid 286949
Plid 116580

*******************************************************************

**ORDER**

☑ **GRANTED**     ☐ **DENIED**

5/13/02                                              B. Legg
_____                      _____
Date                                              United States District Judge

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice* was served first class U.S. mail, postage pre-paid the following methods on the following person:

Francis J. Collins, Esq.
Kahn, Smith & Collins, P.A.
201 N. Charles Street, 10th Floor
Baltimore, MD 21201

_____
Trystan Phifer O'Leary